UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C BASADA | No. C 07-04149 JCS |
| Plaintiff(s), | **ORDER SETTING HEARING ON DEFENDANT'S MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| SF TAXI CAB COMMISSION, | **[Reassigned Case]** |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Joseph C. Spero for trial and all further proceedings, IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction and For Failure to State A Claim has been set for oral argument on **November 30, 2007, at 9:30 a.m.** The opposition memorandum shall be due by **November 9, 2007,** and the reply brief shall be due by **November 16, 2007.**

IT IS HEREBY FURTHER ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a Case Management Conference shall be held in this case on **November 30, 2007, at 9:30 a.m.** The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10. Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later **November 21, 2007.** If any party is proceeding without counsel, separate statements may be filed by each party. Counsel and parties shall report to Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

//

//

1  All documents filed with the Clerk of the Court shall list the civil case number followed only
2  by the initials "**JCS**."  One copy shall be clearly marked as a chambers copy.
3  IT IS SO ORDERED.

5  Dated:  October 19, 2007

6  _____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California